UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

RUBY WILSON                                    CASE NO. 13-21651-LMI
                                               CHAPTER 13

    Debtor.
_____/

### DEBTOR'S MOTION TO REINSTATE CASE

       COMES NOW, RUBY WILSON, by and through his undersigned counsel and files Debtor's motion to reinstate chapter 13 case and as grounds, state as follows:

1. The instant case was filed on May 19, 2013.
2. The case was dismissed on August 16, 2018 for the non-compliance notice filed by the Chapter 13 Trustee [D.E. 150].
3. The Debtor had some medical issues and was not able to make the required payment.
4. Debtor has the payment necessary to bring her bankruptcy current.
5. No Creditor would be prejudiced by reinstating Debtor's case.

    WHEREFORE, Debtor respectfully request that this Honorable Court enter and Order reinstating the instant case.

### CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 9013-1(E) (1)

    I HEREBY CERTIFY that the Debtor has tendered the undersigned all funds required to paid under the Debtor's Chapter 13 Plan to bring her current as of the date of this Motion and that said funds are being held by the undersigned in certified funds made payable to Nancy Neidich, Trustee.

### CERTIFICATION PURSUANT TO RULE 2090-1(A)

    I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications in this Court as set forth in Local Rule 2090-1(A).

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of this motion to reinstate case was sent to Nancy K. Neidich, Chapter 13 Trustee, and all others set forth in the NEF, this 4th day of September 2018. This motion and an upcoming notice of hearing will be served on a separate Certificate of Service via email to those set forth in the NEF and by regular mail to all creditors.

Respectfully submitted,


/s/ Todd Ostergard
Todd Ostergard, Esq.
Fla. Bar No. 939651
15321 S. Dixie Highway
Suite 201
Miami, Florida 33157
T. 786-701-3444
Email: info@mylegalcenterflorida.com

# Creditors

**CitiFinancial, Inc**
P.O. Box 6042
Sioux Falls, SD 57117-6042

**Abby S. Grant**
13370 NE 4th Ct
Miami, FL 33161

**American Home Mtg Srv/Homeward Residenta**
Ahmsi / Attention: Bankruptcy
Po Box 631730-1730
Irving, TX 75063

**American InfoSource LP as agent for**
Midland Funding LLC
PO Box 268941
Oklahoma City, OK 73126-8941

**Cbe Group**
131 Tower Park Dri
Waterloo, IA 50704

**Citifinancial**
300 Saint Paul Pl
Baltimore, MD 21202

**CVI Loan GT Trust I**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603

**ECMC**
PO BOX 16408
ST. PAUL, MN 55116-0408

**Embassy Loans Headquarters**
10000 Stirling Rd
Suite 5
Hollywood, FL 33024

**Embassy Loans Inc**
12935 West Dixie Highway
Miami, FL 33161

**First Federal Credit C**
24700 Chagrin Blvd Ste 2
Cleveland, OH 44122

**Ic Systems Inc**
Po Box 64378
St. Paul, MN 55164

**NCEP, LLC**
by AIS Data Services, LP as agent
PO Box 4138
Houston, TX 77210

**P H E A A/h C B**
Aes/Ddb
Po Box 8183
Harrisburg, PA 17105

**Paul A. McKenna & Associates**
1360 South Dixie Highway
Suite 100
Miami, FL 33146

**PHEAA**
PO BOX 8147
HARRISBURG PA 17105

**Portfolio Recovery Associates, LLC**
PO Box 41067
Norfolk, VA 23541

**Santander**
PO BOX 25120
30000144956731000
Lehigh Valley, PA 18002

**Santander Consumer USA**
Po Box 560284
Dallas, TX 75356

**Selene Finance**
9990 Richmond
Houston, TX 77042

**SN Servicing Corporation**
SN Servicing
323 5th Street
Eureka, CA 95501

**Well Fargo Bank N.A.**
9990 Richmond Ave
Suite 400 North
Houston, TX 77042

**Wells Fargo Home Mortgage**
8480 Stagecoach Cir
Frederick, MD 21701

**Wells Fargo Mortgage**
9990 Richmond Ave. Suite 400
Houston, TX 77042